UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO ANNA CANZONERI McCORMICK,

                Plaintiff,

-against-

TRIBUNE COMPANY, a business entity, et al.,

                Defendants.

1:20-CV-3467 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    On December 8, 2011, District Judge Loretta A. Preska of this Court barred Plaintiff from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *Canzoneri v. Tribune, A Business Entity*, ECF 1:11-CV-6614, 6 (S.D.N.Y. Dec. 8, 2011). On April 30, 2020, the Court received Plaintiff's complaint commencing the present *pro se* action. And while Plaintiff has not filed an application to proceed IFP, she has also not paid the relevant fees to bring this action. In addition, Plaintiff has not sought leave to file this action. The Court therefore dismisses this action without prejudice because of Plaintiff's failure to comply with Judge Preska's December 8, 2011 order in *Canzoneri*, ECF 1:11-CV-6614.

    The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  May 8, 2020
           New York, New York

                                                    COLLEEN McMAHON
                                                    Chief United States District Judge