UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO ANNA CANZONERI McCORMICK,<br><br>                             Plaintiff,<br><br>          -against-<br><br>TRIBUNE COMPANY, a business entity, et al.,<br><br>                             Defendants. | 1:20-CV-3467 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 8, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the December 8, 2011 order in *Canzoneri v. Tribune, A Business Entity*, ECF 1:11-CV-6614, 6 (S.D.N.Y. Dec. 8, 2011), this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 8, 2020
        New York, New York

                                              _____
                                                    COLLEEN McMAHON
                                              Chief United States District Judge